People v Saeli (2023 NY Slip Op 04267)

People v Saeli

2023 NY Slip Op 04267

Decided on August 11, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND GREENWOOD, JJ.

428.1 KA 23-01185

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
SAMUEL J. SAELI, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

D.J. & J.A. CIRANDO, PLLC, SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR DEFENDANT-APPELLANT.
SAMUEL J. SAELI, DEFENDANT-APPELLANT PRO SE.
JASON L. SCHMIDT, DISTRICT ATTORNEY, MAYVILLE (ERIK D. BENTLEY OF COUNSEL), FOR RESPONDENT. 

 Appeal from a resentence of the Chautauqua County Court (Paul Wojtaszek, J.), rendered February 26, 2019. Defendant was resentenced upon his conviction of kidnapping in the second degree and kidnapping in the second degree as a sexually motivated felony. 
It is hereby ORDERED that the resentence so appealed from is unanimously vacated.
Same memorandum as in People v Saeli ([appeal No. 1] — AD3d — [Aug. 11, 2023] [4th Dept 2023]).
Entered: August 11, 2023
Ann Dillon Flynn
Clerk of the Court